UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA ANN THOMAS, as next friend of A.T.T.,<br><br>                    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 03-cv-1791 (RCL)<br>)<br>)<br>)<br>)<br>) |

[~~PROPOSED~~] ORDER

For the reasons set forth in the Memorandum Opinion issued this date in *Keith Allen, et al. v. District of Columbia*, No. 00-cv-591, it is hereby

**ORDERED** that Defendant shall pay Plaintiffs, within 30 days of the date of this Order, $7,299.67, an amount which represents the remaining interest owed to Plaintiffs on the capped attorney's fees and costs in this case.

**SO ORDERED.**

Date: 12/22/21

ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE